No. 96-820. UITHOVEN *v.* WEST, SECRETARY OF THE ARMY. C. A. 5th Cir. Certiorari denied.

No. 96-822. DODSON ET AL. *v.* HILLCREST SECURITIES CORP., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 96-826. KATHERINE M., BY NEXT FRIEND, LESA T. *v.* FLOUR BLUFF INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied.

No. 96-830. ABBOTT ET AL. *v.* PIPEFITTERS LOCAL UNION No. 522 HOSPITAL, MEDICAL, AND LIFE BENEFIT PLAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 96-831. MAHERN, TRUSTEE, MERCHANTS GRAIN, INC. *v.* ADKINS ET AL. C. A. 7th Cir. Certiorari denied.

No. 96-836. LYONS *v.* WILLIAMS ET AL. C. A. 9th Cir. Certiorari denied.

No. 96-838. WALLER *v.* KENTUCKY BAR ASSN. Sup. Ct. Ky. Certiorari denied.

No. 96-840. TAFUTO *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 96-844. DUFF, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS *v.* GOVERNOR OF ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 96-848. REINHARD ET AL. *v.* CHAPEL HILL-CARRBORO CITY BOARD OF EDUCATION ET AL. C. A. 4th Cir. Certiorari denied.

No. 96-852. WITTMER ET AL. *v.* PETERS ET AL. C. A. 7th Cir. Certiorari denied.

No. 96-855. VAN ORT ET UX. *v.* ESTATE OF STANEWICH, DECEASED, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96-861. BASINGER *v.* CSX TRANSPORTATION, INC. C. A. 6th Cir. Certiorari denied.